## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JUSTIN AARON VILLARREAL**                                                    **PLAINTIFF**
*ADC #181531*

**v.**                                      **CASE NO.  2:25-cv-00030-BSM-ERE**

**PARTICIA ROBINSON,** *et al.*                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 5] is adopted.  Justin Villarreal may proceed with his excessive force claim against Demetrick Robinson in his individual capacity. Villarreal's remaining claims are dismissed without prejudice. The clerk is directed to terminate Patricia Robinson, DeAndre Wilson, Anterio Matthews, Fredrick Gilbert, and Joseph Mahoney as party defendants. The clerk is also directed to update the case style.

IT IS SO ORDERED this 7th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE