IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JUSTIN AARON VILLARREAL**                                     **PLAINTIFF**
**ADC #181531**

V.                      **NO. 2:25-cv-00030-BSM-ERE**

**PATRICIA ROBINSON,** *et al*.                                    **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Villarreal's claims has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not object, you risk waiving the right to appeal questions of fact.

**II.**     **Background**

On February 10, 2025, *pro se* plaintiff Justin Aaron Villarreal, formerly an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On September 19, 2025, mail sent to Mr. Villarreal from the Court was returned as undeliverable. *Doc. 18.*

On September 24, 2025, the Court ordered Mr. Villarreal to notify the Court

of his current address within 30 days or risk dismissal of his complaint. *Doc. 19*. To date, he has not responded to the Court's September 24 Order, and the time to do so has passed.

Mr. Villarreal has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Villarreal regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Villarreal's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's September 24 Order; (3) update his address; and (4) prosecute this lawsuit.

2. Defendant Robinson's motion for summary judgment (*Doc. 14*) be DENIED, as moot.

2. The Clerk be instructed to close this case.

DATED 27 October 2025.

_____
UNITED STATES MAGISTRATE JUDGE