# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JUSTIN AARON VILLARREAL**  **PLAINTIFF**
ADC #181531

v.  **CASE NO. 2:25-CV-00030-BSM**

**PATRICIA ROBINSON,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 21] is adopted, Justin Villarreal's complaint is dismissed without prejudice, and Demetrick Robinson's motion for summary judgment [Doc. No. 14] is denied as moot.

IT IS SO ORDERED this 18th day of November, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE