# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JUSTIN AARON VILLARREAL**                                                              **PLAINTIFF**
ADC #181531

v.                          **CASE NO. 2:25-CV-00030-BSM**

**PATRICIA ROBINSON,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE